NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COEUR D'ALENE TRIBE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5055

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-940, Judge Edward J. Damich.

---

## ON MOTION

---

## ORDER

Upon consideration of the Coeur d'Alene Tribe's unopposed motion for an extension of time, until August 2, 2012, to file its brief, due to settlement activities,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 0 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark H. Sosnowsky, Esq.
     Stephen R. Terrell, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 4 2012

**JAN HORBALY**
**CLERK**